IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED

| | |
|---|---|
| Anthony L. Carey #152763 <br> **Full name and prison number** <br> **Of Plaintiff(s)** <br><br> v. <br><br> Alabama Pardon & Paroles et. al., <br><br> Victims Of Crimes Against Leniency et. al. <br><br> Governor Bob Riley et. al., <br><br> Honorable Troy King et. al., <br><br><br> **Name of person(s) who violated** <br> **Your constitutional rights.** <br> **(List the names of all** <br> **persons.)** | 2007 DEC 20  A 11: 07 <br><br> CIVIL ACTION NO. 2:07CV1106-mht <br> (To be supplied by Clerk of <br> U.S. District Court) <br><br><br> **Request, Demand for Jury Trial** |

I.  **PREVIOUS LAWSUITS**

    A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( X )    NO ( X )

    B.   Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( )    NO ( X )

    C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

           **Plaintiff(s)** Anthony L. Carey

           **Defendant(s)** George Free; Gray Bice; Ann Langfor And Troy King

        2.   **Court ) if federal court, name the district; if state court, name the county)** Hale County

           Elmore County and Montgomery County

        3.   **Docket number** No: 2:07-CV-0481-001

4. Name of judge to whom case was assigned _____
Hon. D. Boyd; Hon. T. Moorer; Hon. W. Keith Watkins

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
Currently on Appeal in the Eleventh Circuit

6. Approximate date of filing lawsuit  May 5th, 2006

7. Approximate date of disposition  July 30th, 2007

II. PLACE OF PRESENT CONFINEMENT _____
Limestone Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
Limestone C.F.

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Bill Wynn | @ 301 South Ripley Street BLD#D, Montg. Ala. 36130 |
| 2. | Velinda Weatherly | (same as above) |
| 3. | Robert Longshore | (same as above) |
| 4. | Governor Bob Riley | @ 600 Dexter Ave, Rm#104, Montg. Ala. 36130 |
| 5. | Honorable Troy King | @ 11 South Union St. Montg. Ala. 36130 |
| 6. | Victims of Crime Against Leniency (VOCAL) | (same as No#1 thru #3) |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  March 17, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Denial of Effective Due Process of Art I, U.S.C. 14th. Amend.
["Defendants commissioned improprieties in my respective parole proceeding"]

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved)**

In 2006 my Parole was denied resulting of Alabama's unconstitutional political policy orchestrated by Pardon & Parole Board members Mr. Williams, Mr. Longshore, Mrs. Weatherly through collusion, conspiracy with co-defendants Bob Riley, Troy King and Vocal members et. al., politically predisposing me of a[ny] proper discretionary review rendering the hearing process fundamentally unfair; treating me dissimilar with respects to the laws compared to non-violent offenders inapposite to the Due Process Clause of the Fourteenth Amendment of the United States Constitution ["Contravening Ala. Bd. of Paroles Rules, Reg. Proc. Art IV through VI."]

**GROUND TWO:** Denial of the Equal Protection Clause of U.S. Const. 14th Amend.

["Defendants principal decision was procedurally infected by *deceit, bias, prejudice*"]

**SUPPORTING FACTS:** Carey maintains overt *procedures* were used by the Pardon & Parole Board in March of 2006 –that arbitrarily and capriciously denied him a fair discretionary review for proper consideration based upon *erroneous –false information* {"that I have violent behavioral problems"}, absent 1st hand knowledge, or authenticate documentation, verifying said assertions made by adverse parties–commingling with Vocal et. al., through complicit acts by Troy King et. al., and Governor Riley's political party –in violation of equal protection principles as-applied to similar incarcerated prisoners being reviewed for parole –Alabama utilized a blanket-styled denial policy –due to the nature, degree of offense.

**GROUND THREE:** Denial of Due Process; Cruel & Unusual Punishment –Equal Protection Violation    ["Defendants' acts, omission remain violate to State law."]

**SUPPORTING FACTS:** Defendants Williams, and Longshore, and Weatherly acted, in bad faith, and in excess of jurisdictional authority, by failing to properly perform within their statutory duties -which ultimately hindered, obstructed and outright denied me a fair, consideration for my discretionary 2006 Parole review; whereas Alabama Pardon & Paroles utilized arbitrarily and capriciously guidelines, standards which were in existence at the time Carey was both, convicted and sentenced; Carey maintains that said Defendants have acted, or omitted to act inapposite to §§15-22-20, 24 –26, 28 and section 36, Code of Alabama 1975, *inter alia*.

3

VI. **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

For the grievances against Carey, seeks §1983 action for Prospective declaratory and injunctive relief challenging both, the retroactive and constitutionality of Alabama's unfair, discriminatory parole procedures that would render invalid Alabama's procedures used to deny (i) parole eligibility, and / or (ii) parole suitability in accord with *Wilkinson v. Dotson*, 544 U.S. 74 (2005) holdings; ORDER Defendants to *GRANT* Carey an immediate parole hearing in accordance with statutory laws and administrative rules in place, at the time when said offense, occurred in 1989.

*Anthony L. Carey*
Anthony L. Carey #152763

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _December 15th 2007_.
(Date)

*Anthony L. Carey*
Anthony L. Carey
Acting in pro per #152763
Limestone Corrections Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

4

Anthony L. Carey #152763
Limestone C.F.
28779 Nick Davis Road
Harvest, Alabama
35749-7009

United States Middle District
Honorable Debra Hackett
Post Office Box 711
Montgomery Alabama
36101