IN THE UNITED STATES DISRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

2007 DEC 20  A 9: 47

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Anthony L. Carey
Plantiff(s)

2:07CV 1106-MHT

v.

D.OC., Alabama Board of pardon & paroles, victim of crime, et al.,
Defendant(s)

I, __Anthony L. Carey__, being first duly sworn, depose and say that I am the plaintiff in the above case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?        Yes ( )    No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. _____

2. Have you received within the past twelve months and money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )    No ( )

   B. Rent payments, interest, or dividends?              Yes ( )    No ( )

   C. Pensions, annuities, or life insurance payments?    Yes ( )    No ( )

   D. Gifts or inheritances?                              Yes (✓)    No ( )

   E. Any other sources?                                  Yes ( )    No ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. My Mother send me $50.00 a month, I have a case on appeal in the 11 Circuit that I'm paying on now No: 07-13909-H District Court No: 07-0081 CV-W-N

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes ( ),   No (✓)          (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned: _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )   No (✓)
   If the answer is "yes", describe the property and state its approximate value: _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.   Executed on *December 12, 2007* (date).

*Anthony Carey*
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.   I further certify that the petitioner likewise had the following securities to his credit according to the records of said _____ institution: _____
_____

_____
Authorized Officer of Institution

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made by the prisoner's account each and every month for the preceding six months **and** the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Anthony Carey__ has been incarcerated in this institution since __5/7__, 20__07__ and that he has the sum of $ __2.77__ in his prison or jail trust account on this the __12th__ day of __Dec.__, 20 __07__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Jun 2007 | $50.00 | $11.64 |
| Month 2 | Jul 2007 | $50.00 | $10.98 |
| Month 3 | Aug 2007 | $50.00 | $5.36 |
| Month 4 | Sep 2007 | $50.00 | $12.42 |
| Month 5 | Oct 2007 | $138.00 | $14.31 |
| Month 6 | Nov 2007 | $58.00 | $7.61 |
| Current Month (if less than a full month) | Dec 2007 | $48.00 | $12.10 |

_Beverly Burnett_
Signature of Authorized Officer of Institution

LCF
Name of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 152763        NAME: CAREY, ANTHONY                    AS OF: 12/12/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC   | 19        | $0.00             | $0.00            |
| JAN   | 31        | $0.00             | $0.00            |
| FEB   | 28        | $0.00             | $0.00            |
| MAR   | 31        | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $13.40            | $60.72           |
| JUN   | 30        | $11.64            | $50.00           |
| JUL   | 31        | $10.98            | $50.00           |
| AUG   | 31        | $5.36             | $50.00           |
| SEP   | 30        | $12.42            | $50.00           |
| OCT   | 31        | $14.31            | $138.00          |
| NOV   | 30        | $7.61             | $58.00           |
| DEC   | 12        | $12.10            | $48.00           |