**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

ANTHONY L. CAREY, #152763, )
    Plaintiff )
     )
     )
    V )  CIVIL ACTION NO: 2:07-CV-
     )  1106-MHT [WO]
ALABAMA PARDON & PAROLES, et al., )
     )

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE THE FEE

The plaintiff lacks the neccessary funds to pay the filing fee, the plaintiff request the court extension time to file the fee, plaintiff has submit the appropriate paper work to the prison account clerk to trans feded funds for $13.13 to this court when his money is posted please be advised that the plaintiff is already paying on one fee in the 11 circuit, in close with plaintiff montly expense.

Your Truly
*Anthony L. Carey*
Anthony L. Carey pro-se

Mr. Anthony L. Carey #152763   H-112-A
28779 Nick David Road
Harvest, Alabama 35749

Legal Mail

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

LIMESTONE CORECTIONAL FACILITY

C A N T E E N   S A L E S   R E C E I P T

AREY, ANTHONY           152763    B/M  11/08/2007  10:46AM   TRANS NR   15392

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|-----|-----------|---------------|
| 1  | 183 | 1  | TROPHY MIX NUTS    | EA | $1.05 | $1.05 |
| 2  | 213 | 8  | MARUCHAN VEG SOUP  | EA | $.51  | $4.08 |
| 3  | 300 | 50 | NESTLE'S COCOA MIX | EA | $.19  | $9.50 |
| 4  | 333 | 1  | TASTERS CHOICE INST| EA | $3.38 | $3.38 |
| 5  | 334 | 1  | TETLEY TEA BAGS    | EA | $1.22 | $1.22 |
| 6  | 152 | 4  | JKSON BUTTER COOKIE| EA | $.52  | $2.08 |
| 7  | 153 | 4  | JACKSON CHOC CHIP CO| EA| $.52  | $2.08 |
| 8  | 155 | 4  | JKSON OATMEAL COOKIE| EA| $.52  | $2.08 |
| 9  | 156 | 4  | JKSON PEANUT BUTTER | EA| $.52  | $2.08 |
| 10 | 157 | 2  | JKSON SUG WAFER    | EA | $.52  | $1.04 |
| 11 | 826 | 1  | DUR AA SIZE (2PK)  | EA | $2.06 | $2.06 |
| 12 | 875 | 6  | POPCORN            | EA | $.50  | $3.00 |
| 13 | 623 | 10 | BUGLER TOBACCO     | PK | $1.47 | $14.70|

**** LAST ITEM ****

TOTAL PURCHASES    $48.35

10.11
9.00
2.01

D PMOD BALANCE    50.36    TOTAL PURCHASE   48.35    NEW PMOD BALANCE    2.01

TAL APPLIED TO WEEKLY LIMIT   54.32    POSTED BY: GENE BOLDEN

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____          _____
SIGNATURE                          DATE        BED NBR: H01112A

LIMESTONE CORECTIONAL FACILITY
C A N T E E N   S A L E S   R E C E I P T

CAREY, ANTHONY          152763    B/M   11/08/2007   3:22PM   TRANS NR   15788

```
        ITEM   ISSUE                                 UNIT         EXTENDED
  LI    NBR    QTY     DESCRIPTION           UI     COST            COST

   1    183     1      TROPHY MIX NUTS       EA    $1.05           $1.05

               **** LAST ITEM ****                             ===========

                                             TOTAL PURCHASES     $1.05
```

OLD PMOD BALANCE    2.01    TOTAL PURCHASE    1.05    NEW PMOD BALANCE    .96

TOTAL APPLIED TO WEEKLY LIMIT   55.37    POSTED BY: LYNNETTE THOMAS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_____          _____
SIGNATURE                            DATE           BED NBR: H01112C