```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003326
Cashier ID: cstrecke
Transaction Date: 01/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY L CAREY
 Case/Party: D-ALM-2-07-CV-001106-001
 Amount:         $13.13
-----------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 3788
 Amt Tendered:   $13.13
-----------------------------------
Total Due:       $13.13
Total Tendered:  $13.13
Change Amt:      $0.00
```