IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the objection filed by the plaintiff on February 1, 2008 (Court Doc. No. 9), which the court construes to contain a motion to amend adding Miriam Shehane as a defendant for allegedly conspiring with the state defendants to effectuate the denial of his parole, and for good cause, it is

ORDERED that the motion to amend be and is hereby GRANTED. It is further

ORDERED that Miriam Shehane be added as a defendant in this cause of action.

Done this 1st day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE