IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTHONY L. CAREY,              )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         2:07cv1106-MHT
                               )              (WO)
ALABAMA PARDON AND             )
PAROLES, et al.,               )
                               )
    Defendants.                )
```

## JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (Doc. No. 9) is overruled.

(2) The magistrate judge's recommendation (Doc. No. 7) is adopted.

(3) Plaintiff's claims against defendants Alabama Board of Pardons and Paroles and Victims of Crime Against Leniency are dismissed.

(4) **Defendants Alabama Board of Pardons and Paroles and Victims of Crime Against Leniency are dismissed.**

(5) **This cause in all other respects are referred back to the magistrate judge for further appropriate proceedings.**

**DONE, this the 6th day of February, 2008.**

                         /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**