| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  2/5/08 |
| 1. Article Addressed to:<br><br>Velinda Weatherly<br>301 South Ripley Street<br>Building D<br>Montgomery, AL  36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>07CV1106 #189(40)<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7007 2680 0003 1841 6995 |
| PS Form 3811, February 2004 | Domestic Return Receipt      102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  2/5/08 |
| 1. Article Addressed to:<br><br>Bill Wynn<br>301 South Ripley Street<br>Building D<br>Montgomery, AL  36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>07CV1106 (40) #189<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7007 2680 0003 1841 6988 |
| PS Form 3811, February 2004 | Domestic Return Receipt      102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery  2/6/08 |
| 1. Article Addressed to:<br><br>Miriam Shehane<br>301 South Ripley Street<br>Bld#D<br>Montgomery, AL  36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>07CV1106(40) #189<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7007 2680 0003 1841 7039 |
| PS Form 3811, February 2004 | Domestic Return Receipt      102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 2/5/08 |
| 1. Article Addressed to:<br><br>Robert Longshore<br>301 South Ripley Street<br>Building D<br>Montgomery, AL  36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07CV1106  #18-9 (40)<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1841 7008 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540