**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Miriam Shehane
   VOCAL
   P.O. Box 4449
   Montgomery, AL  36103

2. Article Number
   (Transfer from service label)

   7007 2680 0003 1841 7084

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Joyce Miller         ☐ Agent  ☒ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

   (40)
   07 CV 1106  Chmp, Amd Cmp.  ½ op

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Postmark: FEB 1 2008