IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY,          )<br>                            )<br>    Plaintiff,            )<br>                            )          CIVIL ACTION NO.<br>    v.                      )          2:07cv1106-MHT<br>                            )               (WO)<br>ALABAMA PARDON AND          )<br>PAROLES, et al.,           )<br>                            )<br>    Defendants.             ) | |

### JUDGMENT

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. No. 13) is adopted.

(2) Plaintiff's motion for class certification (Doc. No. 8) is denied.

(3) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 4th day of March, 2008.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE