IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY L. CAREY, #152763** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case #2:07-CV-1106-MHT |
| | ) |
| **ALABAMA BOARD OF PARDONS AND PAROLES, et al** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION FOR ENLARGEMENT OF TIME**

Comes now Robert Longshore, Bill Wynne and Velinda Weatherly, and moves for an enlargement of time, pursuant to *Rule 6(b), Fed.R.Civ.Proc.,* to file an Answer to the complaint and submits the following in support thereof:

1. Defendants request an enlargement of 14 days to adequately prepare its response, thereby making its response due on March 26, 2008.

2. The request for an enlargement is taken in good-faith.

3. Said granting of additional time will not prejudice Plaintiff.

Respectfully submitted,
TROY KING
ATTORNEY GENERAL

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL

        s/HUGH DAVIS
        DEPUTY ATTORNEY GENERAL
        State Bar#:  ASB-4358-D63F
        Ala. Bd. Pardons and Paroles
        301 South Ripley Street
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Hugh.davis@paroles.alabama.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following: None, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

**ANTHONY CAREY #152763**
**LIMESTONE CORRECTIONAL FACILITY**
**28779 NICK DAVIS ROAD**
**HARVEST, ALABAMA  35749-7006**

Done this 12th day of March, 2008.

        Respectfully submitted,

        s/HUGH DAVIS
        DEPUTY ATTORNEY GENERAL
        State Bar#:  ASB-4358-D63F
        Ala. Bd. Pardons and Paroles
        301 South Ripley Street
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Hugh.davis@paroles.alabama.gov