IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY L. CAREY, #152763,      )
                              )
       Plaintiff,            )
                              )
     v.                   )   CIVIL ACTION NO. 2:07-CV-1106-MHT
                              )
ALABAMA BOARD OF PARDONS   )
AND PAROLES, et al.,           )
                              )
       Defendants.      )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by defendants

Longshore, Wynne and Weatherly on March 12, 2008 (Court Doc. No. 19), and for good

cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the aforementioned defendants be GRANTED an extension from

March 12, 2008 to and including March 26, 2008 to file their special report and answer.

Done this 13th day of March, 2008.

_____/s/ Terry F. Moorer_____
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE