IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE #: 2:07-CV-1106-MHT (WO) |
| | ) |
| ALABAMA PARDON AND | ) |
| PAROLES, et al. | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' ANSWER

**COME NOW**, the defendants, **Alabama Governor Bob Riley and Alabama Attorney General Troy King,** and in accordance with this Honorable Court's Order of February 1, 2008, submit the following Answer to plaintiff's Complaint.

## DEFENDANTS' RESPONSE

1. Defendants deny each and every claim presented by the plaintiff in his complaint.

## AFFIRMATIVE DEFENSES

1. Mr. Carey's vague and conclusory allegations of conspiracy do not support a §1983 claim.

2. Defendants named in their official capacities are immune by virtue of sovereign immunity.

3. Defendants named in their individual capacities are immune by virtue of qualified immunity.

4. Plaintiff lacks standing to bring this suit.

5. Defendants deny violating plaintiff's constitutional rights.

6. Defendants assert mistake of fact.

7. Defendants assert mistake of identity.

8. Defendants reserve the right to assert additional defenses should the plaintiff clarify portions of his complaint.

Respectfully submitted on this 13th day of March, 2008.

TROY KING
ATTORNEY GENERAL
KIN047


s/ J. MATT BLEDSOE
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 13th day of March, 2008, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF Filing System, and that I have further served a copy of the foregoing upon the plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Anthony L. Carey, #152763
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749


s/ J. MATT BLEDSOE
OF COUNSEL