IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY CAREY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. **2:07-CV-1106-MHT (WO)** |
| | ) |
| ALABAMA PARDON AND PAROLES, et al. | ) |
| | ) |
|     Defendant, | ) |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW, *Alabama Governor Bob Riley and Alabama Attorney General Troy* King, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒     This party is an individual, or

☒     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

| | |
|---|---|
| 03/13/2008 | /s/ J. MATT BLEDSOE |
| Date | Counsel Signature |
| | |
| | **Bob Riley and Troy King** |
| | Counsel for (print names of all parties) |
| | |
| | 11 South Union Street Montgomery, AL 36130 |
| | Address, City, State Zip Code |
| | |
| | 334-242-7443 |
| | Telephone Number |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

### CERTIFICATE OF SERVICE

I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 13th day of March, 2008, to:

**Anthony L. Carey, #152763**
**Limestone Correctional Facility**
**28779 Nick Davis Road**
**Harvest, AL  35749**

| | |
|---|---|
| 03/13/2008 | /s/  J. MATT BLEDSOE |
| Date | Signature |