IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| BILL WYNN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the request for discovery/production of documents (Court Doc. No. 29) and interrogatories/request for admissions/request for production of documents (Court Doc. No. 30) filed by the plaintiff on March 28, 2008, which the court construes as motions for leave to conduct discovery, and for good cause, it is

ORDERED that these motions be and are hereby GRANTED to the extent allowed by this order. It is further

ORDERED that on or before April 11, 2008, the parole defendants shall file a supplement to their special report which:

1. Addresses the plaintiff's claims that: (i) He was denied parole based on erroneous/false information; (ii) The parole board members acted in violation of his equal protection rights when they denied him parole in 2006; and (iii) The parole decision issued in 2006 violated the Ex Post Facto Clause as it was based on rules/regulations adopted after plaintiff's conviction and sentence.

2. Contains affidavits and copies of all relevant rules/regulations relevant to the plaintiff's claims for relief.

Done this 28th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE