IN THE DISTRICT COURT THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| ANTHONY L. CAREY, #152763 ) | |
| ) | |
| Planitiff, ) | |
| ) CIVIL ACTION NO.2:07-CV-1106-MHT ALA | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| BILL WYNN, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO OBJECTION

COME NOW, The Plaint in the above objected to the Magistrate Order On Motion Denied Plaintiff Motion For Contunuance/Stay.

Rule 59 (e) **MOTION TO ALTER OR AMNED JUDGMENT.**

Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment. According to the Order of (Court Dom.NO.29 ) and interrogatories/request for admission /request for production of documents (Court Dooc. No.30) and therefore the plaintiff motion for continuance/say should be granted

*Anthony L. Carey*

## CERTIFICATION OF SERVICE

I hereby certify that I have served a copy of the same foregoing upon all interested parties name below, by placing the same in the U.S. Mail postage prepared and properly addressed.
Done this 10 Day of April 2008

*Anthony L. Carey*

Attorney General Office
11 South Union Street
Montgomery, Alabama  36130

Anthony L. Carey
Limestone C. F.
28779 Nick Davis Rd.
Harvest, Alabama 35749