IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07-CV-1106-MHT |
| ) | |
| BILL WYNN, et al.,  ) | |
| ) | |
| Defendants.  ) | |

**ORDER ON MOTION**

On April 15, 2008, the plaintiff filed a document (Court Doc. No. 33) in which he requests that the court alter/amend its order entered on March 28, 2008 (Court Doc. No. 31) denying his request for a stay of this case. The court therefore construes this portion of the order to contain a motion for reconsideration of the March 28, 2008 order. Upon consideration of the motion for reconsideration, and as a stay of this case is not warranted, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 17th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE