**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

ANTHONY L. CAREY, #152763  )
    Plaintiff,  ) Civil Action NO: 2:07-cv-1106-MHT
v.  )
    )
BILL WYNNE  )
    Defendants.  )

## MOTION TO COMPEL

Come now, Order by the Court on Motion (Doc.#32-1), that was Ordered on or before April 1, 2008, the parole defendants shall File a supplement to their special report which:

1. Addresses the plaintiff's claims that: (i) He was denied parole based on erroneous/false information; (ii) The parole Board member acted in violation of his equal protection rights, when they denied him parole in 2006; and (iii) The parole decision issued in 2006 violated Ex Post Facto Clause as it was base on rules/regulations adopted after plaintiff conviction and sentence.

2. Contains affidavits and copies of all relevant rules/regulation relevant to the plaintiff Claim for relief. Plaintiff compel the Court to enforce F.R.C.P. Rule 37(b) Failure to Comply with Order of (Doc.#32-1), The defendants had to April 1, 2008 to this Court Order. The plaintiff request the Court that his Fourteenth Amendment be enforce: Equal Protection of the law; That the defendants respond to the Court Order: done this 26 day of May, 2008.

                                    Anthony L. Carey
Signature  *Anthony L. Carey*
    Signature A.L.C.  Pro-se

**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

# CERTIFICATE OF SERVICE

I, Anthony L. Carey #152763, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed below, and postage prepaid on this 26th day of May, 2008, To The Defendant(s)

STATE OF ALABAMA
OFFICE OF
BOARD OF PADONS AND PAROLES
CHAIRMAN: BILL WYNNE
P.O. BOX 302405
Montgomery, Alabama 36130

5/26/2008
Date

Respectfully Submitted
Anthony L. Carey
Signature Anthony L. Carey
Pro-se.

Mr. Anthony L. Carey # 152763  Drom H-112-A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, ALambama 35749-7006

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

OFFICE OF THE CLERK
United State District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

