IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| BILL WYNN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on June 2, 2008 (Court Doc. No. 35), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before June 13, 2008 the parole defendants shall file a supplement to their special report in compliance with the directives of the order entered on March 28, 2008 (Court Doc. No. 32).

Done this 3rd day of June, 2008.

                                                       /s/ Terry F. Moorer
                                                     TERRY F. MOORER
                                                     UNITED STATES MAGISTRATE JUDGE