IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case #2:07-CV-1106-MHT |
| ) | |
| ALABAMA BOARD ) | |
| OF PARDONS & PAROLES, et al.,) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Come now Steve Sirmon, Assistant Attorney General, Alabama Board of Pardons and Paroles, giving notice of appearance on behalf of the named Defendants: Robert Longshore, Bill Wynne and Velinda Weatherly.

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**ANTHONY CAREY #152763**
**LIMESTONE CORRECTIONAL FACILITY**
**28779 NICK DAVIS ROAD**
**HARVEST, ALABAMA  35749-7006**

Done this 13th day of June, 2008.

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov