IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| ALABAMA BOARD OF PARDONS AND PAROLES, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the supplemental special report filed by the parole defendants on June 13, 2008 (Court Doc. No. 37), and for good cause, it is

ORDERED that on or before June 26, 2008 the parole defendants shall file a supplement to this report which contains affidavits from such defendants which addresses the plaintiff's allegation that they relied on information they knew to be false/erroneous in denying him parole.

Done this 16th day of June, 2008.

                                           /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE