IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY L. CAREY, #152763 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case #2:07-CV-1106-MHT |
| | ) | |
| | ) | |
| | ) | |
| ALABAMA BOARD | | |
| OF PARDONS & PAROLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND SUPPLEMENT TO SPECIAL REPORT

Comes now Bill Wynne, Chairman, VeLinda Weatherly, Associate Member, and Robert Longshore, Associate Member of the Alabama Board of Pardons and Paroles offering the following affidavits pursuant to the Court's Order dated June 16th, 2008 and shows unto the Court the following:

1. Bill Wynne was not a member of the Parole Board when the decision was made to deny parole to the Plaintiff. His affidavit is included (Exhibit A).

2. VeLinda Weatherly participated in the decision to deny parole to the Plaintiff. Her affidavit is included (Exhibit B).

3. Robert Longshore participated in the decision to deny parole to the Plaintiff. His affidavit is included (Exhibit C).

4. A copy of the Board Order denying parole on March 28th, 2007 is included to show the Board members that participated in the decision to deny parole to the Plaintiff (Exhibit D).

5. Former Chairman of the Board Sidney Williams also participated in the decision to deny parole, but was not named in this action. Therefore no affidavit was obtained from him.

## EXHIBITS

| | |
|---|---|
| Exhibit A | Affidavit of Bill Wynne |
| Exhibit B | Affidavit of VeLinda Weatherly |
| Exhibit C | Affidavit of Robert Longshore |
| Exhibit D | Board Action sheet denying Plaintiff's parole |

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**ANTHONY CAREY #152763
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST, ALABAMA  35749-7006**

Done this 17th day of June, 2008.

Respectfully submitted,

s/STEVE SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#:  ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
steve.sirmon@paroles.alabama.gov

STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

### AFFIDAVIT

**BEFORE ME**, the undersigned authority for said County and State, personally appeared **Bill Wynne,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Bill Wynne** and I am currently the Chairman of the Alabama Board of Pardons and Paroles. However, I was not a member of this Board in March 2007 and did not participate in the decision to grant or deny parole to Anthony Carey, AIS# 152763. I have no personal knowledge of the events that took place on March 28th, 2007 concerning Mr. Carey being denied parole.

_____
BILL WYNNE
BOARD MEMBER

SWORN TO AND SUBSCRIBED before me this 17th day of June 2008.

_____
NOTARY PUBLIC
Commission Expires: 10/10/08



EXHIBIT
A

STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

## AFFIDAVIT

**BEFORE ME**, the undersigned authority for said County and State, personally appeared **VeLinda A. J. Weatherly,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **VeLinda A. J. Weatherly,** and I was appointed to serve on the Alabama Board of Pardons & Paroles by Governor Bob Riley on January 29, 2004. The Alabama Board of Pardons & Paroles consists of a three member board.

On March 28th, 2007 I was a member of the Board that considered Anthony Carey, AIS# 152763, for parole. Parole consideration hearings, by statute, have to be conducted in an open public meeting. The Board is required by law to allow certain elected officials and victims to express their views concerning the parole of an inmate. This was done in Mr. Carey's hearing. If parole is granted the Board must state the reasons why they voted to grant parole. However, if parole is denied the Board does not have to state the reasons for the denial.



EXHIBIT B

I voted to deny parole in Mr. Carey's case and categorically deny that I relied on information that I "knew" to be false. I have never relied on "known" false information when making decisions to grant or deny parole.

*VELINDA A. J. WEATHERLY*
**BOARD MEMBER**

SWORN TO AND SUBSCRIBED before me this 17th day of June 2008.

_____
NOTARY PUBLIC
Commission
Expires: 10/10/08

2

STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

## AFFIDAVIT

**BEFORE ME**, the undersigned authority for said County and State, personally appeared **Robert P. Longshore,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Robert P. Longshore** and I am currently a member of the Alabama Board of Pardons and Paroles. The Alabama Board of Pardons & Paroles consists of a three member board.

On March 28th, 2007 I was a member of the Board that considered Anthony Carey, AIS# 152763, for parole. Parole consideration hearings, by statute, have to be conducted in an open public meeting. The Board is required by law to allow certain elected officials and victims to express their views concerning the parole of an inmate. This was done in Mr. Carey's hearing. If parole is granted the Board must state the reasons why they voted to grant parole. However, if parole is denied the Board does not have to state the reasons for the denial.

EXHIBIT C

I voted to deny parole in Mr. Carey's case and categorically deny that I relied on information that I "knew" to be false. I have never relied on "known" false information when making decisions to grant or deny parole.

_____
ROBERT P. LONGSHORE
BOARD MEMBER

**SWORN TO AND SUBSCRIBED** before me this 17th day of June 2008.

_____
NOTARY PUBLIC
Commission

Expires: 10/10/08

2

STATE BOARD OF PARDONS AND PAROLE
MONTGOMERY, ALABAMA

ACTION BY THE BOARD

NAME CAREY ANTHONY LORENZ   AIS# 152763                    DOCKET 11/2006
                                                           1/3   01/13/1999
PAROLE IS THIS DAY ORDERED _____ BY: _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
    _____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
    _____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
    _____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
    _____ PRISON AUTHORITY REPORT IS SATISFACTORY.
    _____ UPON ACCEPTANCE BY (STATE OF)_____.
    _____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
           IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
           LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
           IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
    _____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
    _____ OTHER_____

MEMBER _____ DATE _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
    _____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
    _____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
    _____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
    _____ PRISON AUTHORITY REPORT IS SATISFACTORY.
    _____ UPON ACCEPTANCE BY (STATE OF)_____.
    _____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
           IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
           LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
           IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
    _____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
    _____ OTHER_____

MEMBER _____ DATE _____

MY REASONS FOR FAVORING PAROLE OF THE PRISONER ARE AS FOLLOWS:
    _____ SUBJECT HAS SERVED SUFFICIENT PORTION OF SENTENCE.
    _____ INVESTIGATION HAS BEEN MADE OF SUBJECT.
    _____ SUBJECT'S PAROLE PROGRAM IS ACCEPTABLE.
    _____ PRISON AUTHORITY REPORT IS SATISFACTORY.
    _____ UPON ACCEPTANCE BY (STATE OF)_____.
    _____ I AM OF THE OPINION THAT THERE IS A REASONABLE PROBABILITY THAT
           IF THE PRISONER IS RELEASED, (HE/SHE) WILL LIVE AND REMAIN AT
           LIBERTY WITHOUT VIOLATING THE LAW, AND THAT (HIS/HER) RELEASE
           IS NOT INCOMPATIBLE WITH THE WELFARE OF SOCIETY.
    _____ INTERVIEWING PAROLE OFFICER RECOMMENDS.
    _____ OTHER_____

MEMBER _____ DATE _____

SPECIAL CONDITIONS _____

_____

CONTINUED TO _____

_____

PAROLE IS THIS DAY DENIED  3-28-07           BY:
DATE                       MEMBER                           RESET
3-28-07                    Sidney _____                  3-2010
3-28-07                    Linda Weatherly                  3/2010
3-28-07                    Robert _____                  3/2010
REMARKS

EXHIBIT
D