IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY L. CAREY, #152763,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO. 2:07-CV-1106-MHT
    )
BILL WYNN, et al.,    )
    )
    Defendants.    )

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on June 23, 2008

(Court Doc. No. 42), and for good cause, it is

ORDERED that the motion be GRANTED to the extent allowed by this order and DENIED

in all other respects. It is further

ORDERED that on or before July 2, 2008 the defendants shall file with the court and

provide to the plaintiff the rules/regulations/policies of the Alabama Board of Pardons and Paroles

in effect at the time of plaintiff's conviction and those utilized by the parole board during the March

2006 parole hearing.

Done this 24th day of June, 2008.

            /s/ Terry F. Moorer
           TERRY F. MOORER
           UNITED STATES MAGISTRATE JUDGE