IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY L. CAREY, #152763, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) | |
| BILL WYNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on June 23, 2008 (Court Doc. No. 42), which the court construes to contain a motion for extension of time, and for good cause, it is

ORDERED that such motion be GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from July 1, 2008 to and including July 17, 2008 to file a response to the defendants' special reports in compliance with the directives of the order issued on June 18, 2008 (Court Doc. No. 41).

Done this 24th day of June, 2008.

                                             /s/ Terry F. Moorer
                                             TERRY F. MOORER
                                             UNITED STATES MAGISTRATE JUDGE