IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JUN 26 A 10: 32
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY L. CAREY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-) |
| | ) MHT |
| | ) |
| | ) |
| ALABAMA BOARD OF PARDONS | ) |
| AND PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO COMPEL

COME NOW, ORDERED that on or before March 31, 2008 defendant Miriam Shehane shall:

1. Show cause why she has failed to file a written report in compliance with the orders of this court.

2. File a written report in accordance with the directives of the order entered herein on February 1, 2008 (Court Doc # 12) and (Court Doc # 27-1 )

F.C.P.R. RULE 37 (b) The defendant Miriam Shehane failure to comply with this court order. If a deponent fails to be sworn to answer a question after directed to so by the court in the district in which the deposition in being taken, the failure may be considered a contempt of this court.

Therefore the plaintiff requested this court to enforce F.C.P.R. RULE 37 (b) that the defendant may respond to the court order.

Respectfully Submitted,

*Anthony L. Carey*
Anthony L. Carey Pro-Se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a true and correct copy of the forgoing has been placed in U.S. Mail, properly addressed and postage prepaid on this 19 day of June 2008

Vocal
Dir, Miriam Shehane
Alabama State Capitol
Montgomery, Alabama
  36130

**Respectfully Submitted**

*Anthony L. Carey*
Anthony L. Carey Pro-Se
Limestone Correctional Facility
28879 Nick Davis Road
Harvest, Alabama 35749-7009

Mr. Anthony L. Carey, Jr. #152763   H-112-A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749



2:08-CV-1106-MHT
In re: § 1983 Civil Action

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Confidential
Legal
Mail