IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JUL 25 A 10: 07
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Anthony L. Carey, #152763   )
    Plaintiff,              )
    V                       ) Case #2:07-CV-1106-MHT
Alabama Board of Pardon     )
And Paroles, et al.,        )
    Defendants              )

### PLAINTIFF RESPONSE TO MOTION

Come now, the plaintiff has respond to the defendant(s). Special Report, that was filed by the defendant. On June 17, 2008, the plaintiff filed motion for discovery in to respond to the defendant Special Report. The court ORDERED that the defendant <u>Shall</u> file with the court and provid to plaintiff rules/regulation/policies of the Alabama Board of Pardons and Paroles in effect at the time of plaintiff conviction and those utilzed by the parole board during the <u>March 2008 parole hearing</u>..., the defendant never respond to the <u>ORDERED</u>! The plaintiff respond to the defendant Special Report on June 23, 2008. Moreover, defendant was <u>ORDERED</u> to respond on or before July 2, 2008, also ORDERED Mirian Shehane on or before July 6, 2008 (see) page (3) of plaintiff respond to Defendant Special Report June 23, 2008

The plaintiff respond to motion on 17 day of July 2008

### Prayer For Relief

The plainFitt do pray that this Honorable Court will granted this motion of respond. That the defendant will comply with the Court ORDERED of July 2, 2008 of Alabama Board of Pardons and Paroles. Well as Mirian Shehane ORDERED before July 2, 2008 In Jesus name I do pray.

### CERTIFICATION OF SERVICE

I Anthony L. Carey, hereby certify that on this day 17, July 2008, served a copy of the same foregoing was served upon the following Court and Counsel of the Defendant. By deposing copy of the same in the prison Legal Mail BOX United State Mail postage prepaid

Respectfull Submitted
Anthony L. Carey
*Anthony L. Carey*, pro-se

Mr Anthony L. Carey # 152763 Dorm H-112-A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, Alabama 36101

36101+0711