IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| BILL WYNN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the response filed by the plaintiff on July 25, 2008 (Court Doc. No. 48), which the court construes as a motion to compel, and for good cause, it is

ORDERED that:

1. The motion to compel be and is hereby GRANTED to the extent the plaintiff seeks a response to discovery from the parole defendants in compliance with the directives of the order entered on June 24, 2008 (Court Doc. No. 43).

2. On or before August 4, 2008, the parole defendants shall file discovery materials in accordance with the provisions of the order issued on June 24, 2008 (Court Doc. No. 43).

3. The instant motion to compel be and is hereby DENIED with respect to the filing of a written report by Miriam Shehane as it does not appear that service has properly been perfected on this individual.

4. The order entered on June 27, 2008 (Court Doc. No. 47) be and is hereby VACATED.

5. The motion to compel filed by the plaintiff on June 26, 2008 (Court Doc. No. 46)

be and is hereby DENIED as service has not been properly perfected on Miriam Shehane.

    Done this 25th day of July, 2008.

                                               /s/ Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES MAGISTRATE JUDGE