IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| BILL WYNN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, the Clerk is DIRECTED to attempt service of the complaint (Court Doc. No. 1), the February 1, 2008 amendment to the complaint (Court Doc. No. 9), and the February 1, 2008 orders (Court Doc. No. 11 and Court Doc. No. 12) on Miriam Shehane at 459 South McDonough Street, Montgomery, Alabama 36104.  It is

ORDERED that Ms. Shehane shall file a written report addressing the claims lodged against her within thirty (30) days of service of this order

Done this 25th day of July, 2008.

                                           /s/ Terry F. Moorer
                                     TERRY F. MOORER
                                     UNITED STATES MAGISTRATE JUDGE