IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY L. CAREY, #152763, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) | |
| BILL WYNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for continuance/stay filed by the plaintiff on August 7, 2008 (Court Doc. No. 53), and as such action is not warranted, it is

ORDERED that the motion for continuance/stay be and is hereby DENIED.

Done this 11th day of August, 2008.

       /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE