IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY L. CAREY, #152763, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 2:07-CV-1106-MHT |
| | * | |
| BILL WYNN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**RESPONSE OF VICTIMS OF CRIMES AND LENIENCY
TO THE COURT'S ORDER OF JULY 25, 2008**

COMES NOW Miriam Shehane and VOCAL Angel House, by and through the undersigned counsel, and in response to the Order of the Court regarding the filing of a written response to the action of Anthony L. Carey, filed by Mr. Carey pursuant to 42 USC §1983, states as follows:

1.    Attached hereto is the Affidavit of Miriam Shehane.

2.    Ms. Shehane has acted only as a private citizen with regard to any parole hearing that might have been held regarding Anthony L. Carey.  She has not violated any of Mr. Carey's rights, has not sought to improperly or illegally influence the result of any parole hearing relative to Mr. Carey and has not spoken with any public official for the purpose of influencing any such parole hearing result.  Her sole goal is to assist and help victims of crime.

3.    As such, VOCAL and Ms. Shehane are due to be dismissed from this matter, pursuant to *Phillips v. Mashburn*, 746 F.2d 782 C.A. (Ala. 1984) and *Pierce v. American General Finance, Inc.*, Slip Copy, 2007 WL 2254408 M.D. (Ala. 2007).

4.     VOCAL and Ms. Shehane respectfully request that the Court dismiss VOCAL and Ms. Shehane from this action because they did not take any action under color of state law and did not attempt to influence the result of the parole hearing.

WHEREFORE, counsel for VOCAL and Ms. Shehane respectfully requests that the Court dismiss VOCAL and Ms. Shehane from this matter.

 

 

 

_____
H. E. Nix, Jr. (NIX007)
Counsel for Defendant VOCAL

Of Counsel:
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P. O. Box 4128
Montgomery, AL 36103
334-215-8585
334-215-7101 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served on the following individual(s) either by email from the Court Clerk or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 15th day of August, 2008.

Anthony L. Carey #152763
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

 

_____
OF COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY L. CAREY, #152763,     \*
     \*
  **Plaintiff,**     \*
     \*
**v.**     \*     **CV 2:07-CV-1106-MHT**
     \*
BILL WYNN, *et al.,*     \*
     \*
  **Defendants.**     \*

## AFFIDAVIT OF MIRIAM SHEHANE

STATE OF ALABAMA     )
     )
COUNTY OF MONTGOMERY     )

Before me the undersigned notary public personally appeared Miriam Shehane, who, after having identified herself to me and after having been sworn, deposed and testified as follows:

"My name is Miriam Shehane and I work with VOCAL, which is a victim's rights organization. From time to time, VOCAL and I, on behalf of VOCAL, attend parole hearings to help and support crime victims. Victims of crime are frequently nervous, frightened, unfamiliar with the process and anxious to have someone speak in the public parole hearing on their behalf. Sometimes the victim requests that I go into a hearing with them for support and help. Sometimes I do attend parole hearings for this purpose. However, when I do go into a parole hearing, I go as a private citizen and not as a government official. I am not a government official. VOCAL is not a government agency and is not affiliated or associated with the State of Alabama or any State Agency in any

1

way.

I do not talk privately with Parole Hearing Officers about cases. I do not privately talk with any government official about parole hearings for the purpose of influencing their actions, decisions, views or the result of a hearing. I did not and have not conspired with, exercised influence over or tried to illegally or improperly influence or have influence over any parole hearing result regarding Anthony L. Carey and have not spoken or communicated in any way with any public official regarding this matter, unless I did so in the public parole hearing itself after being properly recognized and given permission by the Parole Board to speak. I have no recollection of speaking at Mr. Carey's parole hearing.

My purpose and the purpose of VOCAL is to support and help victims of crimes and to assist them in dealing with and coping with the effects of crime upon them. Sometimes this might involve going with them to a parole hearing and sometimes this might involve making a public statement to the Parole Board during the hearing in accordance with the law. I serve as a private citizen interested in the well-being of victims of crime. I have never conspired with and did not conspire with anyone regarding Anthony L. Carey in his parole hearing and did not take any improper or illegal action regarding it or any result of it. Neither VOCAL nor I have any control, vote, or decision-making power of any kind in these matters or control over the Parole Board's decision in any case or hearing and neither VOCAL nor I had any control, vote or decision-making power with regard to the result of any parole hearing related to Anthony L. Carey.

Further, the Affiant sayeth not."

2

Done this the _14th_ day of August , 2008.

_Miriam Shehane_
Miriam Shehane

STATE OF ALABAMA            )
                           )
COUNTY OF MONTGOMERY       )

    I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that Miriam Shehane, whose name is signed to the foregoing, and who is known to me, was administered the oath and sworn in by me, acknowledged before me, on this day, that being informed of the contents of said document, she executed the same voluntarily on the day the same bears date.

    Given under my hand and seal this _14th_ day of _August_ , 2008.

    [SEAL]

_Karen D. Grimes_
NOTARY PUBLIC
My Commission Expires:

3