# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISON

2008 AUG 18  A 10: 22

ANTHONY L. CAREY, #152763  HACKED
                U.S. DISTRICT COURT
    Plaintiff,      MIDDLE DISTRIC ) ALA

                            )

    v.                        ) CIVIL ACTION NO: _____
                            ) In re: Case NO: 2:07-CV-1106-MHT

MIRIAM SHEHANE  et al.,        )
                            )
    Defendants.          )
                            )

## AMEND

    **Come now,** the petition request this Honorable Court to amend Court (Doc. No. 46) so that the defendant Miriam Shehane can be properly served. Plaintiff served Ms. Shehane it the only address that was available to him at that time, Miriam Shehen Vocal Alabama State Capital Building Montgomery, Alabama 36130.

After the court provide the plaintiff with the corrected address, therefore the plaintiff have made the necessary correction. In which was just a plain error on the plaintiff behalf, upon which have been corrected.

F.P.C.R. Rule 15 (c) that the plaintiff have show good cause why this amend should be granted "related back" to (Court Doc# 27 that refer back to directives of entered herein on February 1.2008 (Court DOC. 12)

                                 Respectfully Submitted,

                                 Anthony L. Carey pro-se

CERTIFICATE OF SERVICE


I HEREBY CERTIFY THAT I have served a true copy and correct
copy of the some that is forgoing has been placed in the prison
mail box U.S.MAIL, propely addressed and postage prepaid on this
9 day of AUGUST 2008




RESPECTFULLY SUBMITTED

*Anthony L. Carey* ------

Anthony L. Carey

Mr. Anthony L. Carey # 152763 H-112-A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest Alabama 35749-7606

"This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the contents
Department of Correction and the Alabama
of the enclosed for the existence or content
communication. If sent

Legal ~~Privileged~~

OFFICE OF The Clerk
United States District Court
P.O. Box 711
Montgomery Alabama 36101-0711

UNITED STATES POSTAGE
02    1M
0004260655
$ 00.59⁰
MAILED FROM ZIP CODE 35749
AUG 14 2008

36101307111 B607

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

**ANTHONY L. CAREY #15276**

Full name and prison number
Of Plaintiff(s)                            )
                                           )
v.                                         )
                                           ) CIVIL ACTION NO. _____
**MIRIAM SHEHANE VOCAL, et al.,**          ) (To be supplied by Clerk of
                                           )     U.S. District Court)
_____          )
_____          )
_____          )
_____          )
_____          )
_____          )
Name of person(s) who violated             )
Your constitutional rights.                )
(List the names of all                     )
persons.)                                  )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES (X)   NO ( )

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )    NO ( )

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s)  ANTHONY L. CAREY _____

             _____

             Defendant(s)  MIRIAM SHEHANE (VOCAL) et al., _____

             _____

        2.   Court )if federal court, name the district; if
             state court, name the county) United States District Court

             For The Middle District Of Alabama

1

3.   **Docket number**   In re: 2:07-CV-1106-MHT

4.   **Name of judge to whom case was assigned** _____
United States Magistrate Judge: Terry F. Moorer

5.   **Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** Because the
Motion to compel was properly service (Petition Amend Motion)

6.   **Approximate date of filing lawsuit** January 3, 2008

7.   **Approximate date of disposition** July 25, 2008

II.   **PLACE OF PRESENT CONFINEMENT** Limestone Correction Facility 28779
Nick Davis Road Harvest, Alabama

**PLACE OF INSTITUTION WHERE INCIDENT OCCURRED** _____
Alabama Building of Pardons & Paroles 301 S. Ripley ST. Mon. Ala.

III.  **NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.**

|  | **NAME** | **ADDRESS** |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.   **THE DATE UPON WHICH SAID VIOLATION OCCURRED** _____

V.    **STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:**

**GROUND ONE:** _____

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

_____

_____

_____

_____

_____

**GROUND TWO:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Petition request to added Ms. Miriam Shehane as a defendant is this case, as the petition Amend (Court Doc. No.46)


Anthony L.Carey
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____August 6, 2008_____.
(Date)


Signature of plaintiff(s)

4