IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 AUG 18  A 10: 22

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANTHONY L. CAREY # 152763, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 2:07-CV- |
| | ) 1106-MHT |
| | ) |
| ALABAMA BOARD | ) |
| OF PARDON& PAROLES, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**COURT ORDER DEFENDANTS TO RESPONE/REPLY
TO PLAINTIFF EX-POST FACTO**

   **COME NOW,** the plaintiff file response to the defendant(s) on June 23, 2008 the defendant(s) never respond to the Ex- Post Facto subject matter that was mention in the plaintiff brief . Sec 8. Supra, that Article I 10 OF the Constitution   Prohibits the states from passing any Ex- Post Facto Law" so much importance did the [c]onvention attach to [ex-post facto porhibition],that it is found twice in the constitution Cumming v. Missouri, 4Wall 277, 325-326, 18 L. Ed. 356 (1867). Carey was sentence in 1989 therefore the new guile line dose not apply to Carey, in so much the defendant(s) fail to respond to the plaintiff concern Ex-Post Facto.

Respectfully submitted

*Anthony L. Carey*
Anthony L. Carey

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I have served a true copy and correct copy of the some that is forgoing has been placed in the prison mail box U.S.MAIL, propely addressed and postage prepaid on this 9 day of AUGUST 2008

RESPECTFULLY SUBMITTED

Anthony L. Carey