IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-1106-MHT |
| | ) |
| BILL WYNN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On August 18, 2008, the plaintiff filed a document in which he seeks to add Miriam Shehane as a defendant in this cause of action (Court Doc. No. 58). The court therefore construes this document as a motion to amend. Upon consideration of the motion to amend, and as Miriam Shehane is presently a defendant in this cause of action and has filed a response to the claims made against her (Court Doc. No. 56), it is

ORDERED that the motion to amend be and is hereby DENIED as moot.

Done this 20th day of August, 2008.

                                              /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE