IN THE DISTRICT COURT OF THE UNITED STATES FOR HE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| ANTHONY L. CAREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1106-MHT |
| | ) | (WO) |
| ALABAMA PARDON AND | ) | |
| PAROLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 69) are overruled.

(2) The magistrate judge's order (Doc. No. 65) is affirmed.

(3) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 20th day of October, 2008.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson　　
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE